NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNATOMY CORP., T4NG2 JV LLC, GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., TISTA SCIENCE AND TECHNOLOGY CORP., MISSION TRAINING LLC, INNOVENUE, LLC, THUNDERYARD LIBERTY JV II, LLC, SYSTEMATIC INNOVATIONS, LLC, CLEARVIEW TECHNOLOGIES, LLC, OMNI CARES, LLC, ARROW ARC LLC, VISION TECH GROUP, LLC, VECTOR INNOVATIVE SOLUTIONS, LLC, KING STREET TECHNOLOGY PARTNERS, LLC, PINNACLE COMPUTER TECHNOLOGY LLC, FREEDOM TECHNOLOGY PARTNERS, LLC, INTELLECT JV LLC,**
*Plaintiffs*

**VETERAN FIRST TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, GOVCIO, LLC, MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC., BOOZ ALLEN HAMILTON, INC., CGI FEDERAL INC., COGNOSANTE MVH, LLC, ECS FEDERAL, LLC, CANOPY HEALTH, LLC, T4 DESIGNS, LLC, VCH PARTNERS LLC, TAURIAN CONSULTING, LLC,**
*Defendants-Appellees*

**DIGIPATHY LLC, VETERANS EZ INFO INC., SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, ZETTA SOLUTIONS, LLC,**

2                                          TECHNATOMY CORP. v. US

*Defendants*

_____

2026-1907

_____

Appeal from the United States Court of Federal Claims in No. 1:24-cv-00451-MRS, 1:24-cv-00456-MRS, 1:24-cv-00463-MRS, 1:24-cv-00483-MRS, 1:24-cv-00495-MRS, 1:24-cv-00519-MRS, 1:24-cv-00542-MRS, 1:24-cv-00547-MRS, 1:24-cv-00571-MRS, 1:24-cv-00579-MRS, 1:24-cv-00584-MRS, 1:24-cv-00588-MRS, 1:24-cv-00590-MRS, 1:24-cv-00604-MRS, 1:24-cv-00623-MRS, 1:24-cv-00630-MRS, 1:24-cv-00673-MRS, 1:24-cv-00797-MRS, Judge Molly R. Silfen.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT


August 14, 2026
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** August 14, 2026